FREDERICK RATHE, Appellant, v. MILLINGTON ESTATES, INC., and Others, Defendants, Impleaded with LA SALA MASON CORP., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MAX LOEWINTHAN, Appellant, v. BETH DAVID HOSPITAL and Others, Respondents, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SAM RETTANO, Appellant, v. JOHN W. HARRIS ASSOCIATES, INC., Defendant, Impleaded with BUENSOD-STACEY AIR CONDITIONING, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ALBERT HERSKOVITS & SON, INC., Appellant, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. COSTAS STAVROS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

NEW YORK LIFE INSURANCE COMPANY, Respondent, v. GEORGE E. BRADBROOK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of a copy of order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SOPHIE STEINBERGER HOCHREICH, Individually, and as Administratrix, etc., of BENJAMIN STEINBERGER, Deceased, Respondent, v. ANNA MIRSKI and Others, Defendants, Impleaded with JOSEPH LIPSHIE, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer the third amended complaint within ten days after service of a copy of order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SOPHIE STEINBERGER HOCHREICH, Individually, and as Administratrix, etc., of BENJAMIN STEINBERGER, Deceased, Respondent, v. ANNA MIRSKI and Others, Appellants, Impleaded with Another, Defendant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer the third amended complaint within ten days after service of a copy of order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HARRY KIRSCHNER, Appellant, v. CENTER HOTEL, INC., and ANESTILL HOTEL CORP., Respondents, Impleaded with Others, Defendants.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ERNEST F. PINNER, Appellant, v. JOSEPH J. KELLER, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.